JOINER *v.* ADAMS, tax-receiver.

LITTLE, J. 1. Under the constitution of this State, all private property, except places of religious worship or burial, institutions of purely public charity, all buildings used as a college, incorporated academy, or seminary of learning, property of public libraries and certain literary associations, books, philosophical apparatus, paintings and statuary of a company kept in a public hall, is required to be taxed ; and even the property above enumerated is subject to be taxed, when the same is used for purposes of private or corporate profit or income.

2. It follows that commercial fertilizers owned and held by one on March 15, 1901, being property which is not exempt, was subject to be taxed, notwithstanding it was the purpose of the owner to apply the same to his land, which was also to be taxed. *Judgment affirmed. All the Justices concurring.*

Submitted November 21, — Decided December 12, 1901.

Petition for mandamus. Before Judge Hart. Laurens superior court. July 25, 1901.

*Griner & Williams,* for plaintiff. *H. G. Lewis,* for defendant.

---

CENTRAL OF GEORGIA RAILWAY COMPANY *v.* BLACK.

COBB, J. 1. It plainly appearing from the evidence that the proximate cause of the plaintiff's injury, which resulted to her from being thrown from a wagon, the horse hitched to which became frightened and ran away, was a noise made from falling timbers with which a car on the defendant's track was being loaded, and it not appearing that the noise so made was " unusual and unnecessary," a recovery against the defendant was unwarranted, irrespective of the question whether or not the persons loading the car were to be properly regarded as the agents of the defendant. *Coleman* v. *Railroad Co.,* 114 *Ga.* 386, and cases cited.

2. The evidence did not warrant the verdict, and the court should have granted a new trial on this ground, without regard to the merit of the special assignments of error made in the motion for a new trial.

*Judgment reversed. All the Justices concurring.*

Submitted November 21, — Decided December 12, 1901.

Action for damages. Before Judge Hart. Putnam superior court. August 19, 1901.

*Lawton & Cunningham,* for plaintiff in error.
*W. F. Jenkins & Son,* contra.